IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLES L. CASSIDY and AMY J. CASSIDY, | Case No. 8:16-CV-00373 |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| DITECH FINANCIAL, LLC and KOZENY & McCUBBIN, L.C., | |
| Defendants. | |

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice in the above-captioned matter (Filing No. 75). The Court, being fully advised in the premises, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Joint Stipulation for Dismissal with Prejudice is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 28th day of December, 2017.

BY THE COURT

s/ Joseph F. Bataillon
Joseph F. Bataillon
Senior United States District Judge